FILED
2021 Jun-23 AM 11:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

Due to the Coronavirus Pandemic (COVID-19) All Client Meetings Will Be Held Via Phone/Video-Conferencing Effective Immediately



**Law Office of Jerry M. Blevins**
Attorney at Law

HOME   PRACTICE AREAS   OUR VISION   ATTORNEY PROFILE   CONTACT   PAYMENTS   MEDIA   FAQs



# **Attorney** Profile



**Jerry M. Blevins, J.D.**
Attorney/Founder

Tel: 334.262.7600
ATTYJMBlev@LawOfficeofJerryMBlevins.com

Jerry M. Blevins attended junior high school, high school, college and law school in Montgomery, Alabama, and has been a resident of the State of Alabama for the past forty-two (42) years.

After graduating from Robert E. Lee High School in 1984, Mr. Blevins served two (2) years in the United States Army as a cavalry scout, stationed in Bamberg, Germany. Upon receiving an Honorable Discharge from the military in 1986, Mr. Blevins enrolled at Auburn University at Montgomery, where he received a bachelors degree in criminal justice in 1990. While in college, Mr. Blevins worked full-time for the Department of Youth Services for the State of Alabama as a Youth Services Counselor, at the Mt. Meigs Campus in Mt. Meigs, Alabama. Mr. Blevins attended Jones School of Law in Montgomery, Alabama, from 1990 to 1993. While in law school, Mr. Blevins worked full-time

Due to the Coronavirus Pandemic (COVID-19) All Client Meetings Will Be Held Via Phone/Video-Conferencing Effective Immediately



## Law Office of Jerry M. Blevins
Attorney at Law

HOME    PRACTICE AREAS    OUR VISION    ATTORNEY PROFILE    CONTACT    PAYMENTS    MEDIA    FAQs



Mr. Blevins has had a varied and extremely successful law practice primarily because of his commitment to excellence and his determined desire to win. Mr. Blevins handles each and every case the way he would want his case handled if he were the client.

Mr. Blevins is married with two children.



| Name | Message |
| Email | |
| Subject | |
| How Did You Hear About Us? ˅ | |

Submit

BACK TO TOP