FILED
2021 Jun-23 AM 11:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C



[Back to Lookup](#)  /  Registrant Detail

# CAROL ARLETTE BLEVINS

WETUMPKA, AL 36093  -  ELMORE

**Status**
**ACTIVE**

No upcoming elections found for this registrant's jurisdiction.

## Districts  Hide

**COMMISSION**
COUNTY COMMISSION DIST 03

**CONGRESSIONAL**
CONGRESSIONAL DIST 02

**COUNTY SCHOOL**
COUNTY SCHOOL DIST 05

**MUNICIPALITY**
CITY PCT WE99--WETUMPKA CITY

**SENATE**
STATE SENATE 25

**STATE HOUSE**
STATE HOUSE 75

**STATE SCHOOL**
STATE BOE DIST 03

© Copyright 2021 - ESSVR, LLC. All rights reserved.