FILED
2021 Jun-23  AM 11:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit D

20210218000084090
02/18/2021 03:59:20 PM
DEEDS 1/2

**WARRANTY DEED**

This instrument was prepared by:
B. Christopher Battles
████████████
Pelham, AL 35124

Send tax notice to:
Carol Blevins
████████████
Hoover, AL 35242

## STATE OF ALABAMA

## COUNTY OF SHELBY

Know All Men by These Presents: That in consideration of ████████████ ████████████ to the undersigned Grantor, in hand paid by the Grantee herein, the receipt where is acknowledged, I, **DANIEL CHRISTOPHER TUNNELL, a married man** (herein referred to as Grantor) grant, bargain, sell and convey unto **CAROL BLEVINS** (herein referred to as Grantee), the following described real estate, situated in **SHELBY** County, Alabama, to-wit:

**Lot 16, according to the Survey of Greystone, 4th Sector, Phase II, as recorded in Map Book 22, Page 27, in the Probate Office of Shelby County, Alabama.**

**Together with the nonexclusive easement to use the private roadways, common areas and Hugh Daniel Drive, as more particularly described in the Greystone Residential Declaration of Covenants, conditions and restrictions as recorded in Real 317, page 260, in the Probate Office of Shelby County, Alabama, and all amendments thereto.**

**This property does not constitute the homestead of the grantor as defined in §6-10-3, Code of Alabama (1975).**

**DANIEL CHRISTOPHER TUNNELL is one and the same person as CHRIS TUNNELL**

Subject to mineral and mining rights if not owned by Grantor.  Subject to existing easements, restrictions, set-back lines, rights of way, limitations, if any of record.

And I do, for myself and for my heirs, executors and administrators, covenant with said Grantee, her heirs and assigns, that I am lawfully seized in fee simple of said premises; that she is free from all encumbrances, unless otherwise stated above; that I have a good right to sell and convey the same as aforesaid; that I will, and my heirs, executors and administrators shall warrant and defend the same to the said Grantee, her heirs and assigns forever, against the lawful claims of all persons.

In Witness Whereof, I have hereunto set my hand and seal this 11th day of February, 2021.

_____
**DANIEL CHRISTOPHER TUNNELL**

## STATE OF ALABAMA

## COUNTY OF SHELBY

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that **DANIEL CHRISTOPHER TUNNELL**, whose name is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of this conveyance, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 11th day of February, 2021.

TISHA DAWN EICHELBERGER
Notary Public, State of Alabama
Alabama State At Large

_____
Notary Public
My Commission Expires:___11/05/2024___

**20210218000084090   02/18/2021 03:59:20 PM DEEDS  2/2**

### Real Estate Sales Validation Form

*This Document must be filed in accordance with Code of Alabama 1975, Section 40-22-1*

Grantor's Name    DANIEL CHRISTOPHER TUNNELL     Grantee's Name    CAROL BLEVINS
Mailing Address    ███████████████       Mailing Address    ███████████████
      Wetumpka, AL 36093          Hoover, AL 35242

Property Address    ███████████████      Date of Sale    February 11, 2021
      Hoover, AL 35242       Total Purchase Price $ ███████████████
                Or
             Actual Value $ _____
                Or
    Assessor's Market Value $ _____

The purchase price or actual value claimed on this form can be verified in the following documentary evidence: (check one) (Recordation of documentary evidence is not required)

_____ Bill of Sale        _____ Appraisal
   X    Sales Contract        _____ Other _____
   X    Closing Statement               _____

If the conveyance document presented for recordation contains all of the required information referenced above, the filing of this form is not required.

---

### Instructions

Grantor's name and mailing address - provide the name of the person or persons conveying interest to property and their current mailing address.

Grantee's name and mailing address - provide the name of the person or persons to whom interest to property is being conveyed.

Property address - the physical address of the property being conveyed, if available.

Date of Sale - the date on which interest to the property was conveyed.

Total purchase price - the total amount paid for the purchase of the property, both real and personal, being conveyed by the instrument offered for record.

Actual value - if the property is not being sold, the true value of the property, both real and personal, being conveyed by the instrument offered for record. This may be evidenced by an appraisal conducted by a licensed appraiser or the assessor's current market value.

If no proof is provided and the value must be determined, the current estimate of fair market value, excluding current use valuation, of the property as determined by the local official charged with the responsibility of valuing property for property tax purposes will be used and the taxpayer will be penalized pursuant to Code of Alabama 1975 § 40-22-1 (h).

---

I attest, to the best of my knowledge and belief that the information contained in this document is true and accurate. I further understand that any false statements claimed on this form may result in the imposition of the penalty indicated in Code of Alabama 1975 § 40-22-1 (h).

Date _____        Print **B. CHRISTOPHER BATTLES**

_____ Unattested _____     Sign _____
             (verified by)        (Grantor/Grantee/Owner/**Agent**) circle one

                                    **Form RT-1**



Filed and Recorded
Official Public Records
Judge of Probate, Shelby County Alabama, County Clerk
Shelby County, AL
02/18/2021  03:59:20 PM
$1843.50 CHARITY
20210218000084090